UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
KESTON LETT,

                             Plaintiff,                              **ORDER**

          -against-                                     18 Civ. 4302 (JCM)

THOMAS DECKER, in his official capacity
as Field Office Director, New York City
Field Office, U.S. Immigration & Customs
Enforcement; DIANE McCONNELL, in her
official capacity as Assistant Field Office
Director, New York City Field Office, U.S.
Immigration & Customs; RONALD P.
EDWARDS, in his official capacity as
Director, Hudson County Correctional
Facility; KIRSTJEN M. NIELSEN, in her
official capacity as Secretary, U.S.
Department of Homeland Security;
JEFFERSON SESSIONS, in his official
capacity as Attorney General, U.S.
Department of Justice,

                            Defendants.
--------------------------------------------------------X

      On October 10, 2018, the undersigned issued an Opinion and Order granting in part Petitioner Keston Lett's ("Petitioner") Petition. (Docket No. 24). Thereafter, on October 11, 2018, judgment was entered by the Clerk of Court ("the Judgment"). (Docket No. 25). Subsequently, Respondents Thomas Decker, Diane McConnell, Ronald P. Edwards, Kirstjen M. Nielsen, and Jefferson Sessions filed an appeal from the Judgment with the United States Court of Appeals for the Second Circuit ("Court of Appeals"), (Docket No. 27), and, on September 21, 2020, the Court of Appeals issued a Mandate vacating the Judgment, remanding the matter to the District Court, and directing that the Petition be dismissed as moot, (Docket No. 29).

Therefore, in accordance with the Court of Appeals' Mandate, Petitioner's Petition (Docket No. 3) is dismissed as moot. The Clerk is respectfully requested to enter judgment and close the case.

Dated:   September 25, 2020
         White Plains, New York

**SO ORDERED:**

_____
JUDITH C. McCARTHY
United States Magistrate Judge