**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
KESTON LETT,

Plaintiff,

18 **CIVIL** 4302 (JCM)

-against-

**JUDGMENT**

THOMAS DECKER, in his official capacity
as Field Office Director, New York City
Field Office, U.S. Immigration & Customs
Enforcement; DIANE McCONNELL, in her
official capacity as Assistant Field Office
Director, New York City Field Office, U.S.
Immigration & Customs; RONALD P.
EDWARDS, in his official capacity as
Director, Hudson County Correctional
Facility; KIRSTJEN M. NIELSEN, in her
official capacity as Secretary, U.S.
Department of Homeland Security;
JEFFERSON SESSIONS, in his official
capacity as Attorney General, U.S.
Department of Justice,

Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated September 25, 2020, in accordance with the Court of Appeals

Mandate, Petitioner's Petition (Docket No. 3) is dismissed as moot; accordingly, the case is

closed.


**Dated:**  New York, New York
         September 25, 2020


**RUBY J. KRAJICK**
_____
Clerk of Court

BY:  _____
Deputy Clerk
